INDEX: , TRIAL
PRIOR TO COMPLAINANTS LOST EXCLUDED LETTERS SENT TO YOUR COURT RECENTLY
MY EXCLUDED DEFENSE DURING TRIAL # 1428697

* DIFFERENT STATEMENTS *    ~ COMPARE TO TRANSCRIPTS ~

A - AFFIDAVIT (SIGNED):  " IM AFRAID OF THE RESPONDENT "

B - LETTER: " SO YOU KNOW IM NOT AFRAID OF YOU "

A - TRIAL: " I WASNT IN LOVE, I ONLY HAD LOVE FOR HIM "

B - LETTER: " I WAS IN LOVE WITH YOU "

A - TRIAL: " SEX WAS CONSENTIAL "   ( I WAS UNCONSCIOUS )

B - LETTER: " SEX WAS FORCED "   ( I WAS UNCONSCIOUS )

* COMPLAINTANTS LETTER STATEMENTS *  ~ MOTIVE ~

" I KNEW (HAD A FEELING) YOU WERE CHEATING "

" IN MY DIARY I PUT THINGS IN THERE ABOUT YOUR UNFAITHFULNESS "

" I WAS HURT THAT YOU WERE SLEEPING WITH OTHER WOMEN "

" YOU MESSED OVER THE WRONG ONE "

" EYE FOR AN EYE "

" I TOLD YOU FROM THE BEGINNING NEVER LIE, CHEAT OR DECEIVE ME AND
BE 100 % BUT YOU COULDNT SO YOU PLAYED ME LIKE A FOOL, HOW DOES IT
FEEL NOW "

" SOMEBODY HAS TO BE ACCANABLE "

" DONT TAKE IT PERSONAL "

" I BELIEVE YOU ARE A LIAR AND NOT SO (SOME) MUCH INNOCENT "  (LAWYER HAS IT AS WELL) ~ I STILL HAVE THIS ~

" I HAVE ALWAYS STATED I DONT LIKE TO BE PLAYED FOR A FOOL "

" HEY , T H O T "  ( THAT HOE OVER THERE )

Voodoo PAGES (TRIAL EXCLUDED)

THIS IS INFORMATION ON HOW EVIL VOODOO NATURE CAN BECOME

> > >

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC - 7 2015

CHRISTOPHER A. PRINE
CLERK _____

ALL DUE RESPECT FROM EXPERIENCE ; YOU AND EVERYBODY IS JUST FOCUSED ON AN INJURED WOMAN....
WHY WOULD THIS INJURED WOMAN SAY SUCH THINGS ?
THEREFORE MY DISCOVERED AND "CLEARLY UNDETERMINED" POSITION -- (UNCONSCIOUS)
~ I WAKE UP OUT OF A BLACK OUT TO KNOW WHAT VOODOO IS, GENERALLY. ~

NOTE -- TRANSCRIPTS

UPON RECEIVING AND VIEWING #1428697 TRIALS TRANSCRIPTS YOU SHOULD OF CAME ACROSS TWO EXHIBIT LETTERS OF THE COMPLAINTANT ( SAME AS THE RECENT SENT LETTERS THAT WERE EXCLUDED ) STATING " MY VOODOO HAD NOTHING TO DO WITH YOU " TWICE. AND ANOTHER TRIAL EXHIBIT ON VOODOO PERTAINING TO THE KNOWLEDGE OF HERBS AND POISONS ( LOUISIANA VOODOO AFRICAN INFLUENCES )

EXCLUDED TRIAL
HARRIS COUNTY PHONE RECORDS ( EXCLUDED SUGGESTION )
9-15-2014 ~ 9-16-2014

* DURING MY CLAIM OF " POSSESSION " COMPLAINTANT WAS OPEN TO STATE THAT HER VOODOO HAD NOTHING TO DO WITH ME, DURING THAT TIME

* PHONE RECORDS : I REVEAL MY RESEARCH OF WHAT VOODOO CONSIST OF, THEN COMPLAINTANT SETS HER PRACTICES BACK 3 YEARS AGO

* NEXT THE COMPLAINTANT FURTHER SETS HER PRACTICES BACK 9 YEARS TOTAL, NOW, BEFORE HER EX- BOYFRIEND OF 6 YEARS

* COMPLAINTANT STATES // REVEALS THE SPIRITS PROTECTS HER

* OUR RELATIONSHIP OF 3 ½ YEARS *
* 1 ¾ OF THE APARTMENT *

SINCERELY,
TUCKER, ERIC S.
1983465
STILES 3060 FM 3514
BEAUMONT , TX 77705
12-2-2015

P.S.: I REQUEST THOSE COPIES TO BE RETURNED IF POSSIBLE OR XEROXED AND RETURNED IF POSSIBLE.

TUCKER, ERIC
1983465
STILES 3060 FM 3514
BEAUMONT, TX 77705

NORTH HOUSTON TX 773

04 DEC 2015 PM 4 L

USA
FOREVER

3 HONORABLE JUDGES OF:
01-15-00274-CR
CHRISTOPHER A. PRINE
~CLERK~ FIRST DISTRICT APPEALS COURT
301 FANNIN STREET
HOUSTON, TX 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

DEC - 7 2015

CHRISTOPHER A. PRINE
CLERK

7700220 6699



PRIVILEGED – TENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - INSTITUTIONAL
DIVISION